*E-Filed 4/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY BELL, | No. C 09-3497 RS (PR) |
|     Plaintiff, | **ORDER DENYING MOTION TO SCREEN COMPLAINT** |
|     v. | |
| M. MCVAY, et al., | |
|     Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The original complaint was dismissed with leave to amend. (*See* Docket No. 8.) Plaintiff's motions for extensions of time have been granted. The amended complaint is due on April 30, 2010.

Defendants request that the Court screen the complaint pursuant to 28 U.S.C. § 1915A(a). (*See* Docket No. 2.) Plaintiff's amended complaint is due on April 30, 2010. When the complaint is filed, the Court will screen the filing accordingly. Defendants' motion therefore is DENIED as an unnecessary filing.

This order terminates Docket No. 2.

**IT IS SO ORDERED**.

DATED: April 27, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Larry Bell
C-08104
Salinas Valley State Prison
P. O. Box 705
Soledad, Ca 93960-1020

DATED: 04/28/2010

s/ Chambers Staff<br>Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.