*E-Filed 8/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY BELL, | No. C 09-3497 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. MCVAY, et al., | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The original complaint was dismissed with leave to amend. Plaintiff's amended complaint contains only state constitutional claims. Plaintiff having alleged no federal cause of action, the complaint is DISMISSED without prejudice to plaintiff filing a complaint that contains federal causes of action. As these are state causes of action, plaintiff has the option of filing such claims in state court.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 26, 2010

RICHARD SEEBORG
United States District Judge